SEYFARTH SHAW LLP
Mandana Massoumi (SBN 191359)
mmassoumi@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO MATA, an individual,<br><br>               Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 20, inclusive,<br><br>               Defendants. | Case No. 1:25-cv-00667-KES-FJS<br><br>**NOTICE OF SETTLEMENT**<br><br>[Tulare County Superior Court, Case No. VCU320645]<br><br>Date Action Filed: April 18, 2025 |

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that pursuant to the Eastern District of California Local Rule 160, Plaintiff GONZALO MATA ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") (together with Plaintiff, the "Parties"), by and through their respective counsel of record have reached an agreement on the principal terms of a settlement in this matter and are working to finalize a long-form settlement agreement.

Defendant anticipates the Parties to file a Joint Stipulation for Dismissal with Prejudice of the entire action, pursuant to Federal Rule of Civil Procedure 41, within the next 60 days.  In light of the Parties' agreement to settle this action, the Defendant respectfully requests that the Court vacate all dates currently set, so that the Parties may complete the conditions precedent before filing the Joint Stipulation for Dismissal.

DATED: June 12, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:/*s/ David J. Kim*
    Mandana Massoumi
    David J. Kim
    Attorneys for Defendant
    TARGET CORPORATION

1

NOTICE OF SETTLEMENT

326569605v.1