UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GONZALO MATA,

        Plaintiff,

  v.

TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 20, inclusive

        Defendants.

Case No.  1:25-cv-00667-KES-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 27)

On June 12, 2026, the Defendant Target Corporation ("Defendant") filed a notice of settlement, informing the court that a settlement with Plaintiff Gonzalo Mata ("Plaintiff") has been reached. (ECF No. 27.) Defendant further indicates that dispositional documents dismissing the entire action with prejudice will be filed no later than sixty (60) days from the date of filing. (*Id.*) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than August 11, 2026. Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE